**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JOHN R. RODGERS,

            Respondent

        v.

MICHELE M. JEWETT,

            Petitioner

:  No. 270 WAL 2023
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.